IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID MOSS, ) | Case No. 1:18cv2967 |
| ) | |
| Petitioner, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | THOMAS M. PARKER |
| BRIGHAM SLOAN, Warden, ) | |
| ) | |
| Respondent. ) | **REPORT & RECOMMENDATION** |
| ) | |

This matter is before me by an automatic order of reference under Local Rule 72.2 for preparation of a report & recommendation pursuant to Local Rule 72.1. On December 26, 2018, David Moss, an Ohio prison inmate serving an aggregate 10-year prison sentence after pleading guilty to four counts of endangering children and one count of attempted felonious assault, petitioned the court for a writ of habeas corpus under 28 U.S.C. § 2254, contending that the state courts violated his constitutional rights in in *State v. Moss,* No. 2015 CR 263 Ashtabula County Court of Common Pleas. ECF Doc. 1. Moss was incarcerated at the Lake Erie Correctional Institution where Douglas Fender is the warden.[1] The originally named warden, Brigham Sloan, opposed the petition in his answer and return of writ. ECF Doc. 14. Moss filed a traverse (ECF Doc. 15), and this matter was ripe for ruling.

However, when the court began preparing a report and recommendation, Moss was no longer listed as an offender on the Ohio Department of Rehabilitation & Correction's

---

[1] Lake Erie Correctional Institution.

website.[2]  For this reason, the court contacted Lake Erie Correctional Institution and was informed that petitioner, David Moss, died on May 21, 2020.  Moss's petition necessarily asserted that the respondent "had [his] body,"[3] but that is no longer true.[4]  Because Petitioner Moss is now deceased, the claims raised in his petition for habeas corpus must be dismissed, as moot.

Because Petitioner David Moss died on May 21, 2020, I recommend that the Court find the issues in this case moot and DISMISS this action with prejudice.

Dated: June 19, 2020

Thomas M. Parker
United States Magistrate Judge

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See *U.S. v. Walters*, 638 F.2d 947 (6th Cir. 1981).  See also *Thomas v. Arn,* 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).

---

[2] Offender Search as of June 19, 2020.
[3] https://thelawdictionary.org/habeas-corpus
[4] See also 28 USCS § 2254, authorizing the court to entertain a writ of habeas corpus on behalf of a person "in custody."